# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-02119 JAK (FFMx) | Date | April 12, 2012 |
| Title | The Bank of New York Mellon v. Yvette Pinson, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION   **JS-6**

Plaintiff The Bank of New York Mellon ("Plaintiff") brought an unlawful detainer action against Defendant Yvette Pinson ("Defendant") in the Superior Court for the State of California, County of Los Angeles on February 16, 2012, as a limited civil action with an amount in controversy of less than $10,000. Notice of Removal, Exh. 1, Dkt. 1. On March 13, 2012, Defendant removed the action to this Court, alleging that this Court has subject matter jurisdiction over the action based on diversity jurisdiction and federal question jurisdiction. Notice of Removal ¶¶ 3-7, Dkt. 1.

On March 28, 2012, this Court issued an Order to Show Cause re Subject Matter Jurisdiction, given that Defendant's Notice of Removal alleged neither diversity jurisdiction nor federal question jurisdiction in a proper manner. Dkt. 6. The parties were to respond by April 11, 2012. *Id.* at p.2.

Plaintiff timely responded on April 11, 2012. Dkt. 7. Defendant did not respond.

For the reasons stated in this Court's March 28, 2012 Order to Show Cause, Dkt. 6, this Court does not have subject matter jurisdiction over this action. Additionally, because Defendant is a citizen of California, Notice of Removal ¶ 5, Dkt. 1, she may not remove to this Court on the basis of diversity jurisdiction, 28 U.S.C. § 1441(b)(2); *see Spencer v. U.S. Dist. Court for N. Dist. of Cal.,* 393 F.3d 867, 870 (9th Cir. 2004) (explaining the "forum defendant" rule).

This matter is remanded to the Superior Court for the State of California, County of Los Angeles, Central District – Stanley Mosk Courthouse, No. 12U02501, for further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak